UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK AZIM,<br><br>        Plaintiff,<br><br>    v.<br><br>ESSENTIA INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 25-cv-07183-SK<br><br>**ORDER TO SHOW CAUSE** |

On September 16, 2025, Defendants Hagerty Insurance Company and Essentia Insurance Company each filed a motion to dismiss. (Dkt. Nos. 7, 8.) Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's responses were due to be filed by no later than September 30, 2025. To date, Plaintiff has not yet filed any opposition briefs. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than October 14, 2025, why the Court should not dismiss Plaintiff's claims for lack of prosecution or grant both Defendants' motions as unopposed.

If Plaintiff seeks to file untimely opposition briefs, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules and must submit his proposed opposition briefs along with the request. If Plaintiff fails to file a response to this Order to Show Cause ("OSC"), along with his proposed oppositions to the motions to dismiss, by October 14, 2025, the Court will grant both Defendants' motions to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing on the motions to dismiss currently scheduled for November 3, 2025. If Plaintiff demonstrates good cause for his delay and seeks to oppose the motions to dismiss, the Court will provide Defendants with an opportunity to file their replies and

will reset the hearing on the motions to dismiss.

**IT IS SO ORDERED**.

Dated: October 2, 2025



SALLIE KIM
United States Magistrate Judge